1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                             SAN JOSE DIVISION                *E-FILED - 5/4/07*

12 HUI YUN GE,                              )
                                            ) No. C 06-7860 RMW
13              Plaintiff,                  )
                                            )
14        v.                                )
                                            )
15 ALBERTO GONZALES, Attorney General       ) STIPULATION TO EXTEND THE DATE
   of the United States; MICHAEL CHERTOFF,  ) OF THE CASE MANAGEMENT
16 Secretary of the Department of Homeland  ) CONFERENCE and [] ORDER
   Security; EMILIO GONZALES, Director of   )
17 United States Citizenship and Immigration)
   Services; ROBERT S. MULLER, Director of the )
18 Federal Bureau of Investigation; CHRISTINA )
   POULOS, Acting Director of the California ) Date: March 30, 2007
19 Service Center,                          ) Time: 10:30 a.m.
                                            ) Courtroom: 6, 4th Floor
20              Defendants.                 )
   _____)
21

22     Plaintiff, by and through her undersigned attorney, and defendants, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to extend the date of the

24 case management conference, currently scheduled for March 30, 2007, based on the following:

25     1. The plaintiff filed a mandamus action on December 22, 2006, seeking an order from this

26 Court directing the United States Citizenship and Immigration Services ("USCIS") to adjudicate

27 her naturalization application.

28     2. In accordance with the parties' Joint Case Management Statement, filed on March 22, 2007,

Stip. to Extend Date of CMC
C06-7860 RMW                                1

1  the defendants will file a motion to remand plaintiff's action to the USCIS.  The hearing on
2  defendants' motion to remand is scheduled for May 25, 2007.
3      3.  In the interest of judicial economy, the parties ask this Court to re-schedule the case
4  management conference in this case, which is currently scheduled for March 30, 2007, to May 25,
5  2007.  The parties will file a revised joint case management statement, if necessary, seven days in
6  advance of any re-scheduled case management conference.

8  Dated: March 28, 2007            Respectfully submitted,

                                    SCOTT N. SCHOOLS
                                    United States Attorney

                                          /s/
                                    ILA C. DEISS
                                    Assistant United States Attorney
                                    Attorneys for Defendants

15 Dated: March 28, 2007                  /s/
                                    TRICIA WANG
                                    Attorney for Plaintiff

17                        **ORDER**

18     Pursuant to stipulation, IT IS SO ORDERED.

21 Dated: 5/4/07                    *Ronald M. Whyte*
                                    RONALD M. WHYTE
                                    United States District Judge