1    **Tricia Wang (CA Bar No: 178473)**
     LAW OFFICES OF TRICIA WANG
     39159 Paseo Padre Parkway, Suite 205
2    Fremont, CA 94538
     Telephone: (510) 791-0232
3    Fax: (510) 791-5609

4    Attorney for Petitioner:        Hui Yun GE

5

6                        **UNITED STATES DISTRICT COURT**

7                    **NORTHERN DISTRICT OF CALIFORNIA**
                            **SAN JOSE, CALIFORNIA**
8
      Hui Yun GE                                    )
9                                                   )        ***E-FILED - 5/10/07***
                                                    )
10           Plaintiff,                             )
                                                    )
11    vs.                                           )   No. C 06-7860 RMW
                                                    )
12                                                  )
      Alberto Gonzales, Attorney General of the     )   STIPULATION TO EXTEND
13    United States; Michael Chertoff, Secretary of the  )   DATES
      Department of Homeland Security; Emilio Gonzales)   and [] ORDER
14    Director of United States Citizenship & Immigration)
      Services; Robert Meuller, Director of the Federal  )
15    Bureau of Investigations; Christina Poulos,   )
      Acting Director of the California Service Center )
16                                                  )
                                                    )
17           Defendants                             )
18    _____)

19

20   Plaintiff Hui Yun Ge (hereinafter "Plaintiff"), by and through his attorney of record, and

21   Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval

22   of the Court, to the following:

23        1.      Plaintiff filed this action on December 22, 2006.  Subsequently Defendants filed a

24                Motion to Remand on April 26, 2007, with a May 25, 2007 hearing date.

25        2.      Plaintiff's Opposition is currently due on May 11, 2007.

26        3.      Plaintiff's attorney Tricia Wang and Defendants' attorney Ila Deiss conferred over

27                the phone on May 8, 2007.

28

                                                1

4.    The Defendants have agreed to expedite the Plaintiff's name check, which has delayed the adjudication of the Plaintiff's application for naturalization.   An expedite request on the Plaintiff's name check has been submitted to the FBI and accepted by the FBI.

5.    In light of the reasonable possibility that the FBI will complete the name check of the Plaintiff and that the USCIS will adjudicate the Plaintiff's application within 90 days, the parties hereby respectfully ask this Court to reset the hearing date on Defendants' motion for remand to August 31, 2007.  Plaintiff will timely file the opposition in accordance with the Local Rules.

6.    Also, the parties respectfully ask this Court to re-schedule the case management conference to August 31, 2007.  The parties will file a revised joint case management statement, if necessary , seven days in advance of any re-scheduled case management conference.

Respectfully submitted,

Date: May 9, 2007                Scott N. Schools
United States Attorney


By:_____/s/_____
Ila C. Deiss
Assistant United States Attorney
Attorneys for Defendants


Date: May 9, 2007            _____/S/_____
Tricia Wang
Attorney for Plaintiff


## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

2

1

2    Date:  5/10/07                              *Ronald M. Whyte*

3                                                Ronald M. Whyte
                                                 United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28