1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION          *E-FILED - 6/6/07*

12  HUI YUN GE,                          )
                                         )  No. C 06-7860 RMW
13              Plaintiff,               )
                                         )
14        v.                             )
                                         )  **STIPULATION TO DISMISS; AND**
15  ALBERTO GONZALES, Attorney General   )  **[] ORDER**
    of the United States; MICHAEL CHERTOFF, )
16  Secretary of the Department of Homeland )
    Security; EMILIO GONZALES, Director of  )
17  United States Citizenship and Immigration )
    Services; ROBERT S. MULLER, Director of the )
18  Federal Bureau of Investigation; CHRISTINA )
    POULOS, Acting Director of the California )
19  Service Center,                      )
                                         )
20              Defendants.              )
                                         )
21  _____)

22      Plaintiff, by and though her attorney of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24  action without prejudice in light of the fact that the United States Citizenship and Immigration

25  Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so

26  within 14 days of the dismissal of this action.  The parties also ask that the Court vacate the

27  August 31, 2007 hearing on Defendants' motion to remand.

28      Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C06-7860 RMW                                    1

1 | Date: May 15, 2007                                   Respectfully submitted,

2 |                                                                      SCOTT N. SCHOOLS
   |                                                                      United States Attorney
3 |

4 |
   |                                                                                /s/
5 |                                                                      _____
   |                                                                      ILA C. DEISS
   |                                                                      Assistant United States Attorney
6 |                                                                      Attorneys for Defendants

7 |

8 |
   |                                                                                /s/
9 | Date: May 15, 2007                                    _____
   |                                                                      TRICIA WANG
   |                                                                      Attorney for Plaintiff
10|

11|

12|

13|                                                **ORDER**

14|         Pursuant to stipulation, IT IS SO ORDERED.

15|

16|                                                                      *Ronald M. Whyte*
   | Date:   6/6/07                                               _____
17|                                                                      RONALD M. WHYTE
   |                                                                      United States District Judge
18|

Stipulation to Dismiss
C06-7860 RMW                                          2